UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| C&T CONSULTING GROUP, LLC d/b/a CTREN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-00017-TWP-MG |
| STERILUMEN, INC., and MAX MUNN, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TRANSFER THE ACTION TO THE PROPER VENUE

This matter is before the Court on a Motion to Dismiss the Complaint or, in the Alternative, Transfer the Action to the Proper Venue ("Motion to Dismiss the Complaint") filed pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6) by Defendants Sterilumen, Inc., and Max Munn (together, "Defendants") (Filing No. 11). On December 8, 2022, Plaintiff C&T Consulting Group, LLC d/b/a CTREN ("CTREN") filed a Complaint against Defendants in the Delaware County Superior Court, asserting various state law claims (Filing No. 1-1). On January 4, 2023, Defendants removed this action to federal court (Filing No. 1).

On February 8, 2023, Defendants filed the pending Motion to Dismiss or alternatively, transfer venue (Filing No. 11). Then on March 1, 2023, CTREN filed an Agreed Notice of Intent to File First Amended Complaint (Filing No. 17), stating that it intended to file an amended complaint on or before March 30, 2023. On March 27, 2023, CTREN filed a motion for an enlargement of time to and until April 6, 2023, in which to file its amended complaint, which the Court granted on March 30, 2023 (Filing No. 23). CTREN filed its Amended Complaint, which is now the operative complaint, on April 6, 2023 (Filing No. 24).

Because CTREN filed an Amended Complaint the Defendants' Motion to Dismiss the original Complaint (Filing No. 11) is **DENIED as moot .**

**SO ORDERED**.

Date:   4/26/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Maria Sofia Downham
Faegre Drinker Biddle & Reath LLP
maria.downham@faegredrinker.com

Samuel B. Gardner
ICE MILLER LLP (Indianapolis)
samuel.gardner@icemiller.com

George A. Gasper
ICE MILLER LLP (Indianapolis)
george.gasper@icemiller.com

Angela Kelver Hall
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
angela.hall@faegredrinker.com

Nicholas M. Menasche
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
nmm@ddw-law.com

Kathy Lynn Osborn
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
kathy.osborn@faegredrinker.com